In re 21ST CENTURY SATELLITE
COMMUNICATIONS, INC.,
Debtor.

21st Century Satellite Communications,
Inc. and 21st Century Satellite Com-
munications, Inc. Liquidating Trust,
Plaintiffs,

v.

Robert S. Byrch; et al., Defendants.

Bankruptcy No. 01–08592–8P1.
Adversary No. 04–380.

United States Bankruptcy Court,
M.D. Florida,
Tampa Division.

March 22, 2005.

Jeffrey W. Warren, Tampa, FL, for
Debtor.

*ORDER DENYING DEFENDANT
WOODBURY FINANCIAL SER-
VICES, INC.'S MOTION TO DIS-
MISS THE AMENDED COM-
PLAINT AND MEMORANDUM IN
SUPPORT THEREOF (Doc. No.
232)*

ALEXANDER L. PASKAY,
Bankruptcy Judge.

THIS CASE came on for hearing on
January 15, 2005 to consider Woodbury
Financial Services, Inc. (Defendant)'s Mo-
tion to Dismiss the Amended complaint of
21st Century Satellite Communications
(Debtor). For the reasons stated orally
and in open court, the motion should be
denied.

Accordingly, it is

ORDERED, ADJUDGED and DE-
CREED that the Motion to Dismiss (Doc.
No. 232) be, and is hereby, denied without
prejudice. The Defendants shall have
thirty (30) days from the date of this order
to file an answer to the Amended Com-
plaint. If an answer is filed, the matter
shall be set for pretrial conference.